# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HOUGHTON ENTERPRISE CONSULTING, INC | § § § | Case No. 19-12062 TWD |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 50,169.89                                Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 31,211.56        Claims Discharged
                                                                            Without Payment: NA

Total Expenses of Administration: 6,285.98

3) Total gross receipts of $ 37,497.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 37,497.54 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 125,000.00 | $ 18,204.18 | $ 18,204.18 | $ 18,204.18 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,285.98 | 6,285.98 | 6,285.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 120,332.29 | 120,332.29 | 13,007.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 150,795.10 | 150,795.10 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 125,000.00 | $ 295,617.55 | $ 295,617.55 | $ 37,497.54 |

    4) This case was originally filed under chapter 7 on 05/31/2019 . The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2020    By:/s/Ronald G. Brown - Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account x5173 | 1129-000 | 37,497.54 |
| **TOTAL GROSS RECEIPTS** | | **$ 37,497.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Channel Partners | | 125,000.00 | NA | NA | 0.00 |
| | US Treasury - IRS | | 0.00 | NA | NA | 0.00 |
| | US Treasury - IRS | | 0.00 | NA | NA | 0.00 |
| | US Treasury - IRS | | 0.00 | NA | NA | 0.00 |
| | US Treasury - IRS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Treasury - IRS | | 0.00 | NA | NA | 0.00 |
| | US Treasury - IRS | | 0.00 | NA | NA | 0.00 |
| | US Treasury -- IRS | | 0.00 | NA | NA | 0.00 |
| 4A | INTERNAL REVENUE SERVICE | 4300-000 | 0.00 | 18,204.18 | 18,204.18 | 18,204.18 |
| **TOTAL SECURED CLAIMS** | | | **$ 125,000.00** | **$ 18,204.18** | **$ 18,204.18** | **$ 18,204.18** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RONALD G. BROWN | 2100-000 | NA | 4,499.75 | 4,499.75 | 4,499.75 |
| TRUSTEE EXPENSES:RONALD G. BROWN | 2200-000 | NA | 106.75 | 106.75 | 106.75 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3410-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3420-000 | NA | 29.48 | 29.48 | 29.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 6,285.98** | **$ 6,285.98** | **$ 6,285.98** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McCarty Burgess & Wolff | | 0.00 | NA | NA | 0.00 |
| | Pro Core | | 0.00 | NA | NA | 0.00 |
| | The Blue Book | | 0.00 | NA | NA | 0.00 |
| | US Treasury - IRS | | 0.00 | NA | NA | 0.00 |
| 1A | DEPARTMENT OF LABOR & INDUSTRIES | 5800-000 | 0.00 | 9,009.07 | 9,009.07 | 973.84 |
| 6A | EMPLOYMENT SECURITY DEPARTMENT | 5800-000 | 0.00 | 7,999.65 | 7,999.65 | 864.73 |
| 4B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 94,809.60 | 94,809.60 | 10,248.49 |
| 5 | WA DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 8,513.97 | 8,513.97 | 920.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 120,332.29 | $ 120,332.29 | $ 13,007.38 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CHANNEL PARTNERS CAPITAL, LLC | 7100-000 | NA | 124,178.53 | 124,178.53 | 0.00 |
| 2 | DEPARTMENT OF LABOR & INDUSTRIES | 7100-000 | NA | 9,885.88 | 9,885.88 | 0.00 |
| 1B | DEPARTMENT OF LABOR & INDUSTRIES | 7300-000 | NA | 1,068.40 | 1,068.40 | 0.00 |
| 6B | EMPLOYMENT SECURITY DEPARTMENT | 7300-000 | NA | 1,555.17 | 1,555.17 | 0.00 |
| 4C | INTERNAL REVENUE SERVICE | 7300-000 | NA | 14,107.12 | 14,107.12 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 150,795.10 | $ 150,795.10 | $ 0.00 |

| Case No: | 19-12062 TWD Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | HOUGHTON ENTERPRISE CONSULTING, INC | Date Filed (f) or Converted (c): | 05/31/19 (f) |
| | | 341(a) Meeting Date: | 06/27/19 |
| For Period Ending: | 10/07/20 | Claims Bar Date: | 01/07/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Acct x3864　Asset value is placeholder value; minimal or no market value. | 0.00 | 1.00 | | 0.00 | FA |
| 2. Checking Account x2856　Asset value is placeholder value; minimal or no market value. | 0.00 | 1.00 | | 0.00 | FA |
| 3. Checking Account x4285　Minimal or no market value. | 1.89 | 1.89 | | 0.00 | FA |
| 4. Checking Account x5173　Accounts receiveable (Asset #5) were paid to financial account. | 5,601.83 | 37,497.54 | | 37,497.54 | FA |
| 5. Accounts Receivable　Funds received in Assst #4. | 20,303.00 | 0.00 | | 0.00 | FA |
| 6. 1994 Mazda B300　Minimal or no market value; subject to federal tax lien. | 500.00 | 500.00 | | 0.00 | FA |
| 7. Titan Hydra Speeflo　Minimal or no market value; subject to federal tax lien. | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 8. Website　Minimal or no marketable value. | 0.00 | 1.00 | | 0.00 | FA |
| 9. Prepaid Rent (u)　Asset added by amendment; subject to offset for unpaid rent upon | 27,765.00 | 27,765.00 | | 0.00 | FA |

| Case No: | 19-12062 TWD Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | HOUGHTON ENTERPRISE CONSULTING, INC | Date Filed (f) or Converted (c): | 05/31/19 (f) |
| | | 341(a) Meeting Date: | 06/27/19 |
| | | Claims Bar Date: | 01/07/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| default on lease. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $55,771.72 | $67,367.43 | | $37,497.54 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/21     Current Projected Date of Final Report (TFR): 06/01/21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 19-12062 -TWD |
| Case Name: | HOUGHTON ENTERPRISE CONSULTING, INC |
| Taxpayer ID No: | *******0751 |
| For Period Ending: | 10/07/20 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0306 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 55,683,398.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: Column 7 is the Account/CD Balance column.

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/06/19 | 4 | BANNER BANK | Bank Account | 1129-000 | 37,497.54 | | 37,497.54 |
| 08/26/20 | 020001 | Ronald G. Brown<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98104 | Chapter 7 Compensation/Fees | 2100-000 | | 4,499.75 | 32,997.79 |
| 08/26/20 | 020002 | Ronald G. Brown<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98104 | Chapter 7 Expenses | 2200-000 | | 106.75 | 32,891.04 |
| 08/26/20 | 020003 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant Fees | 3410-000 | | 1,650.00 | 31,241.04 |
| 08/26/20 | 020004 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant Expenses | 3420-000 | | 29.48 | 31,211.56 |
| 08/26/20 | 020005 | DEPARTMENT OF LABOR & INDUSTRIES<br>COLLECTIONS/BANKRUPTCY<br>PO BOX 44171<br>OLYMPIA, WA 98504-4171 | Claim 1A, Payment 210.80955%<br>Priority Tax Claim | 5800-000 | | 973.84 | 30,237.72 |
| 08/26/20 | 020006 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Claim 4B, Payment 210.80955%<br>Priority Tax Claim | 5800-000 | | 10,248.49 | 19,989.23 |
| 08/26/20 | 020007 | WA Department of Revenue<br>2101 4th Ave Suite 1400<br>Seattle, WA 98121 | Claim 5, Payment 210.80953%<br>Priority Tax Claim | 5800-000 | | 920.32 | 19,068.91 |
| 08/26/20 | 020008 | EMPLOYMENT SECURITY DEPARTMENT<br>Attn: UI Tax and Wage Administration<br>P.O. Box 9046<br>Olympia, WA 98507-9046 | Claim 6A, Payment 210.80960%<br>Priority Tax Claim | 5800-000 | | 864.73 | 18,204.18 |
| 08/26/20 | 020009 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317 | Claim 4A, Payment 2100.00000%<br>Secured Claim | 4300-000 | | 18,204.18 | 0.00 |
| | | | Page Subtotals | | 37,497.54 | 37,497.54 | |

Ver: 22.02f

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-12062 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | HOUGHTON ENTERPRISE CONSULTING, INC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0306 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0751 | | |
| For Period Ending: | 10/07/20 | Blanket Bond (per case limit): | $ 55,683,398.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PHILADELPHIA, PA 19101-7317 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 37,497.54 | 37,497.54 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 37,497.54 | 37,497.54 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 37,497.54 | 37,497.54 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********0306 | 37,497.54 | 37,497.54 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 37,497.54 | 37,497.54 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00